CHAS. LINDNER & MARCHESI, INC., Respondent, *v.* JOSEPH GLUCK, Appellant.

Submitted February 25, 1944; decided April 13, 1944.

*Isidor Enselman* and *Morris A. Schoenfeld* for appellant.
*Eugene L. Bondy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.